GUSTAVO GALLOPIN, Individually, Suing on Behalf of Himself, Individually, and on Behalf of All Other Bondholders Who May Be Similarly Situated, Respondent, *v.* ROBERT WINSOR and Others, Defendants, Impleaded with THOMAS W. LAMONT and Others, Designated and Known as the International Committee of Bankers on Mexico, Individually and as Such Committee, Appellants.

PER CURIAM. We consider that the government of Mexico is a necessary party in interest in the fund proposed to be impounded by this receivership order; and since it is a sovereign State and cannot be made a party without its consent, there was no jurisdiction to appoint receivers of its funds or to issue an injunction against the disposition thereof. We think the order was improvident and should be reversed, with ten dollars costs and disbursements to the appellants, and the motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

CHARLES A. RATHKOPF and Another v. FATHALLA COUSSA and Another.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of HERMAN GOLDSTEIN, an Attorney.— Reference ordered to Hon. John R. Davies, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.